IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO MARTINEZ ARVIZU, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-06544-FB |
| | § | |
| TODD BLANCHE, Attorney General; *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER GRANTING FEDERAL RESPONDENTS' UNOPPOSED MOTION TO LIFT STAY**

Before the Court is the Federal Respondents' Unopposed Motion to Lift the Stay of Removal ("Motion") (ECF No. 4), filed on October 30, 2026. By way of their Motion, "Federal Respondents move this Court to remove, lift, or vacate [the Court's] Order granting a stay of removal." (*Id.* at 1) (citing ECF No. 2 at 3). The Order to which Respondents refer did not stay Petitioner's removal, it merely stayed Petitioner's physical transfer outside of this judicial district during the pendency of this litigation. (*Id.*). The Order reads:

> IT IS FINALLY ORDERED that any possible or anticipated transfer of Petitioner is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court. Of course, this Order does not stay this case or any order of removal and/or removal proceedings and does not preclude Respondents from taking necessary steps to effect Petitioner's removal. Instead, only the physical transfer of the Petitioner is stayed at this time.

(*Id.*) (footnote omitted). The Court therefore construes the Motion as one to lift the stay of Petitioner's transfer. After careful consideration, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Federal Respondents' Unopposed Motion to Lift Stay of Removal (ECF No. 4), construed as a motion to lift the stay of transfer, is GRANTED such that the

Court's Order (ECF No. 2 at 3) prohibiting Respondents from transferring Petitioner outside of this judicial district during the pendency of this litigation is LIFTED.

It is so ORDERED.

SIGNED this 2nd day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE